| | | |
|---|---|---|
| 11/16/2016 | **WEDNESDAY** | Judge Peter C McKittrick |

**9:00 AM** **11-37945 pcm 13 bk**  **Michal D. Irvin and Suzanne M. Irvin**

**Status Conference**

| | |
|---|---|
| Michal D. Irvin - db xx | ALEXZANDER CJ ADAMS  xx |
| Suzanne M. Irvin - jdb | |
| Wayne Godare - tr | |

**Continued Hearing on Motion for Relief from Stay  Filed by Creditor HSBC Bank USA, National Association (MARSHACK, ERIC) (55)**

| | |
|---|---|
| Michal D. Irvin - db | ALEXZANDER CJ ADAMS |
| Suzanne M. Irvin - jdb | |
| HSBC Bank USA, National | ERIC A MARSHACK  No appearance |
| Wayne Godare - tr   J Hantman | |

Evidentiary Hearing:    Yes: ☐    No: ☒

**Debtors have tirelessly attempted to get loan modification. Counsel provided Trustee with a detail account of Debtors circumstances.  Case in month 62. Hardship discharge may be applied for.**

**Continued Status Conference set 12/14 @ 9:00. If Mt for Hardship discharge filed prior to 12/14, the 12/14 hearing can come off the calendar and a hearing on the Mt for Hardship Discharge will be set if any objections are filed.**

**Motion for Relief from Stay Denied w/out prejudice to renew if no discharge within 60 days.**

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers   ☒ **Mr Adams**

DOCKET ENTRY:

Run Date:    11/17/16